| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **ATXLUB, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  WEST TEXAS AUCTIONS**<br>**DBA  METROPLEX AUCTIONS** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2953405** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3416 Ave A**<br>**Lubbock, TX 79404**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lubbock**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **ATXLUB, LLC**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

| Debtor | **ATXLUB, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **ATXLUB, LLC**                                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **ATXLUB, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2025**
              MM / DD / YYYY

**X /s/ David Hodges**
_____
Signature of authorized representative of debtor

**David Hodges**
_____
Printed name

Title   **Managing Member**
        _____

**18. Signature of attorney**

**X /s/ Max R. Tarbox**
_____
Signature of attorney for debtor

Date   **April 24, 2025**
       MM / DD / YYYY

**Max R. Tarbox 19639950**
Printed name

**Tarbox Law, P.C.**
Firm name

**2301 Broadway**
**Lubbock, TX 79401**
Number, Street, City, State & ZIP Code

Contact phone   **(806) 686-4448**      Email address   **tami@tarboxlaw.com**

**19639950 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **ATXLUB, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2025**      X *√ /s/ David Hodges*
                                        Signature of individual signing on behalf of debtor

                                        **David Hodges**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **ATXLUB, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accion Opportunity Fund 111 W St. John Street  # 800 San Jose, CA 95113** | | **Business Loan** | | | | **$24,737.98** |
| **American Express Amazon Business Card PO Box 981535 EL PASO, TX 79998-1535** | | **Business Credit Card** | | | | **$9,326.89** |
| **American Express Blue Business Cash Card PO Box  981535 EL PASO, TX 79998-1535** | | **Business Credit Card** | | | | **$9,991.51** |
| **American Express Business Platinum Card PO Box 981535 EL PASO, TX 79998-1535** | | **Business Credit Card** | | | | **$21,153.41** |
| **Capital On Tap 675 Ponce De Leon Ave NE Suite 8500 Atlanta, GA 30308** | | **Business Debt** | | | | **$23,982.13** |
| **Capital One Spark Business PO  Box 60519 City of Industry, CA 91716-0519** | | **Business Credit Card** | | | | **$15,133.50** |
| **Chase Southwest Card PO Box 15298 Wilmington, DE 19850-5298** | | **Business Credit Card** | | | | **$12,987.71** |

Debtor **ATXLUB, LLC**                                              Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IOU Financial 600 TownPark Lane, Suite 100. Kennesaw, GA 30144** | | **Business Loan/Lawsuit** | **Disputed** | | | **$115,817.78** |
| **IRS PO Box 7346 Philadelphia, PA 19101** | | **941 PAYMENTS FOR QUARTER 1 2025** | | | | **$8,906.55** |
| **Newtek Bank 1981 Marcus Avenue, Suite 130 Lake Success, NY 11042** | | **Lubbock Main Warehouse 202 36TH STREET Lubbock, TX 79404** | | **$325,016.47** | **$850,000.00** | **$258,024.04** |
| **Newtek Bank 1981 Marcus Ave., Suite 130 Lake Success, NY 11042** | | **Second Lien on 2 properties owned by PSH Properties, LLC 1916 43rd Street 215 E. 36th Street** | | **$144,216.26** | **$0.00** | **$144,216.26** |
| **PayPal Loanbuilder 3505 Silverside Road Wilmington, DE 19810** | | **Business Loan** | | | | **$79,606.56** |
| **PLEXE 6295 Greenwood Plaza Blvd, Suite 100 Greenwood Village, CO 80111** | | **Business Debt** | | | | **$15,000.00** |
| **Rapid Finance 4500 East West Highway, 6th Floor Bethesda, MD 20814** | | **Business Loan** | | | | **$55,000.00** |
| **SBA EIDL Loan Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive, Suite 100 Little Rock, AR 72202** | | **SBA EIDL Loan For COVID** | | | | **$735,901.06** |
| **Sharon Redden 5407 89th Street Lubbock, TX 79424** | | **Personal loan** | | | | **$18,500.00** |
| **Texas State Comptroller P.O. Box 13528 Capitol Station Austin, TX 78711** | | **Sales Tax for 1-1-2024-1-31-2024** | | | | **$10,125.72** |

| Debtor | **ATXLUB, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Texas State Comptroller P.O. Box 13528 Capitol Station Austin, TX 78711** | | **Sales Tax for 12-1-2024-12-31-2 024** | | | | **$8,709.28** |
| **TMT Investments Inc. 1718 98th Street Lubbock, TX 79423** | | **Business Loan** | | | | **$9,835.64** |
| **Tom Loveless & Co. 2801 N.W. 156th Street Vancouver, WA 98685** | | **Money due from sale of consigned restaurant equipment previously used by Papa Murhphys' restaurants located in Denton and Richardson, TX** | | | | **$14,498.00** |

**Fill in this information to identify the case:**

Debtor name  **ATXLUB, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................  $  **850,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................  $  **456,529.98**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................  $  **1,306,529.98**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $  **1,391,456.52**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $  **31,384.83**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................  +$  **1,199,415.07**

4.  **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b

$  **2,622,256.42**

**Fill in this information to identify the case:**

Debtor name  **ATXLUB, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking Account:** **Alliance Credit Union** **8401 Quaker Ave** **Lubbock, TX 79424** | **Checking Account** | **7052** | **$14.27** |
| 3.2. | **Savings Account:** **Alliance Credit Union** **8401 Quaker Ave** **Lubbock, TX 79424** | **Savings Account** | **7051** | **$33.81** |
| 3.3. | **Business Checking Account** **Chase Bank** **6503 82nd Street** **Lubbock, TX 79424** | **Checking Account** | **6538** | **$57.67** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $105.75 |
   |---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

| Debtor | **ATXLUB, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    **7.1.**  Security Deposit: Security Deposit Held By Landlord Wilkerson Company        **$1,700.00**

    **7.2.**  Security Deposit: Security Deposit Held By Landlord Shapiro Family Limited
    Partnership        **$1,050.00**

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**   **Total of Part 2.**        **$2,750.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:    **52,174.23**  -      **0.00**  = ....    **$52,174.23**
        face amount        doubtful or uncollectible accounts

**12.**   **Total of Part 3.**        **$52,174.23**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| Debtor | **ATXLUB, LLC** | | | | Case number *(If known)* | |
|--------|-----------------|--|--|--|--|--|
| | Name | | | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Furniture and Equipment** <br> **Located at 3416 Ave A: $10,000 Value** <br> **5 computer workstations with 2 monitors** <br> **2 printers** <br> **computer server with 2 monitors** <br> **camera security system** <br> **Pallet racking** <br> **Stationary Merchandising Pegboard Shelving Units** <br> **Rolling Black Wire Shelving Units** <br> **Pallet Jacks** <br> **Rolling Carts** | **Unknown** | **N/A** | **$10,000.00** |
| **Furniture and Equipment:** <br> **Located at 3823 Ave A, Lubbock, Texas** <br> **1 computer with 2 monitors** <br> **1 printer** <br> **Pallet Racking** <br> **Rolling Black Wire Shelving Units** <br> **Pallet Jacks** <br> **Rolling Carts** | **Unknown** | **N/A** | **$5,000.00** |
| **Furniture and Equipment:** <br> **Located at 305 S Milam Street** <br> **1 computer with 2 monitors** <br> **1 printer** <br> **camera security system** <br> **Pallet Racking** <br> **Stationary Merchandising Pegboard Shelving Units** <br> **Rolling Black Wire Shelving Units** <br> **Pallet Jacks** <br> **Rolling Carts** | **Unknown** | **N/A** | **$5,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                  | **$20,000.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

Debtor   **ATXLUB, LLC**                                                   Case number *(If known)* _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2024 Chevrolet Truck 1500** | **Unknown** | **N/A** | **$39,500.00** |
| 47.2.  **2024 GMC Truck 2500** | **Unknown** | **N/A** | **$72,000.00** |
| 47.3.  **2023 Black Look Trailer 26ft** **VIN: 53BLTEB2XPR008310** | **Unknown** | **N/A** | **$10,000.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Toyota Forklift-Model 7FGU25** **Serial # 76933** | **Unknown** | **N/A** | **$25,000.00** |
| **2023 Lift Hero Electric Forklift** **Model: CPD25** | **Unknown** | **N/A** | **$25,000.00** |
| **Inventory** **a: $165,000 General merchandise** **b: $15,000 Halloween merchandise** **c: $30,000 Christmas merchandise** | **Unknown** | **N/A** | **$210,000.00** |

**51.** **Total of Part 8.**                                               | **$381,500.00** |

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

■ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor  **ATXLUB, LLC**                                    Case number *(If known)* _____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lubbock Main Warehouse**<br>**202 36TH STREET**<br>**Lubbock, TX 79404** | **Fee simple** | **$0.00** | **N/A** | **$850,000.00** |

| | |
|---|---|
| 56.  **Total of Part 9.** | **$850,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **ATXLUB, LLC**                                           Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $105.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,750.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,174.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $381,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $850,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $456,529.98 | + 91b. $850,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,306,529.98 |

**Fill in this information to identify the case:**

Debtor name      **ATXLUB, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**    **Alliance Credit Union**

Creditor's Name

**P.O. Box 64970**
**Lubbock, TX 79464**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/2022**
**Last 4 digits of account number**
**ATXLUB LLC**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Alliance Credit Union**
**2. Alliance Credit Union**
**3. Newtek Bank**

Describe debtor's property that is subject to a lien
**Lubbock Main Warehouse**
**202 36TH STREET**
**Lubbock, TX 79404**

Describe the lien
**Mortgage  1st Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$684,168.24**    **$850,000.00**

**2.2**    **Alliance Credit Union**

Creditor's Name

**P.O. Box 64970**
**Lubbock, TX 79464**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/2023**

Describe debtor's property that is subject to a lien
**Lubbock Main Warehouse**
**202 36TH Street**
**Lubbock, TX 79404**

**Line of Credit**

Describe the lien
**Mortgage  2nd Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**$98,839.33**    **$850,000.00**

| Debtor | **ATXLUB, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**Last 4 digits of account number**
**ATXLUB LLC**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| --- | --- |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $32,000.00 | $25,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Toyota Forklift-Model 7FGU25** | | |
| | | **Serial # 76933** | | |
| | **155 Commerce Way** | | | |
| | **Portsmouth, NH 03801** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Certificate of Title** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/27/2023**
**Last 4 digits of account number**
**2246**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| --- | --- |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **GM Financial** | Describe debtor's property that is subject to a lien | $41,986.80 | $39,500.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2024 Chevrolet Truck 1500** | | |
| | **801 Cherry Street** | | | |
| | **Fort Worth, TX 76102** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Certificate of Title** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/13/2023**
**Last 4 digits of account number**
**7852**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| --- | --- |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **GM Financial** | Describe debtor's property that is subject to a lien | $65,229.42 | $72,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2024 GMC Truck 2500** | | |
| | **801 Cherry Street** | | | |
| | **Fort Worth, TX 76102** | | | |
| | Creditor's mailing address | Describe the lien | | |

| Debtor | **ATXLUB, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Certificate of Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/29/2024**

**Last 4 digits of account number**
**8893**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Newtek Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**1981 Marcus Avenue, Suite 130**
**Lake Success, NY 11042**

_Creditor's mailing address_

**Describe debtor's property that is subject to a lien**      $325,016.47      $850,000.00

**Lubbock Main Warehouse**
**202 36TH STREET**
**Lubbock, TX 79404**

**Describe the lien**
**Mortgage  3rd Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2023**

**Last 4 digits of account number**
**2018**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Newtek Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**1981 Marcus Ave., Suite 130**
**Lake Success, NY 11042**

_Creditor's mailing address_

**Describe debtor's property that is subject to a lien**      $144,216.26      $0.00

**Second Lien on 2 properties owned by PSH Properties, LLC**
**1916 43rd Street**
**215 E. 36th Street**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/18/2024**

**Last 4 digits of account number**
**1618**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **ATXLUB, LLC** | Case number (if known) | |
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,391,456.52

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name **ATXLUB, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,906.55** | **$0.00** |
| Date or dates debt was incurred<br>**02/7/2025** | Basis for the claim:<br>**941 PAYMENTS FOR QUARTER 1 2025** | | |
| Last 4 digits of account number **3405**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ATXLUB, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253.53** | **$0.00** |
|---|---|---|---|---|

**IRS**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Quarter 1 940 Taxes**

Last 4 digits of account number **3405**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,638.34** | **$0.00** |
|---|---|---|---|---|

**Lubbock Central Appraisal District**
**2109 Ave Q**
**Lubbock, TX 79411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/31/2025**

Basis for the claim:
**FFM & E, VEH Taxes for ATXLUB LLC**

Last 4 digits of account number **4742**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$337.73** | **$0.00** |
|---|---|---|---|---|

**Tarrant County**
**100 E. Weatherford**
**Fort Worth, TX 76196**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**01/31/2025**

Basis for the claim:
**Business Property Taxes for Arlington Location 2024**

Last 4 digits of account number **9896**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Texas Attorney General**
**P.O. Box 12548**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **ATXLUB, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,125.72 | $0.00 |
|---|---|---|---|---|

**Texas State Comptroller**
**P.O. Box 13528**
**Capitol Station**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/20/2025**

Basis for the claim:
**Sales Tax for 1-1-2024-1-31-2024**

Last 4 digits of account number **5198**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,709.28 | $0.00 |
|---|---|---|---|---|

**Texas State Comptroller**
**P.O. Box 13528**
**Capitol Station**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/20/2025**

Basis for the claim:
**Sales Tax for 12-1-2024-12-31-2024**

Last 4 digits of account number **5198**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.68 | $0.00 |
|---|---|---|---|---|

**Texas Workforce Commission**
**(TWC)**
**101 East 15th Street, Room 556**
**Austin, TX 78778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2025 - 3/31/2025**

Basis for the claim:
**2025 Quarter 1 TX Unemployment Taxes**

Last 4 digits of account number **8460**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Attorney General**
**U.S. Department of Justice**
**10th & Pennsylvania Ave**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **ATXLUB, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Attorney's Office**
**1205 Texas Ave.  Room 700**
**Lubbock, TX 79401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,737.98 |
|---|---|---|---|

**Accion Opportunity Fund**
**111 W St. John Street  # 800**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/05/2024

Basis for the claim:  **Business Loan**

Last 4 digits of account number  4689

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,326.89 |
|---|---|---|---|

**American Express Amazon Business Card**
**PO Box 981535**
**EL PASO, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Date Opened: 01/4/2024
Last Used: 03/12/2025

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  1019

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,991.51 |
|---|---|---|---|

**American Express Blue Business Cash Card**
**PO Box  981535**
**EL PASO, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Date Opened: 07/1/2023
Last Used: 03/17/2025

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  1000

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,153.41 |
|---|---|---|---|

**American Express Business Platinum Card**
**PO Box 981535**
**EL PASO, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Date Opened: 01/1/2023
Last Used: 02/9/2025

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  1009

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,982.13 |
|---|---|---|---|

**Capital On Tap**
**675 Ponce De Leon Ave NE Suite 8500**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/16/2024

Basis for the claim:  **Business Debt**

Last 4 digits of account number  0282

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ATXLUB, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,133.50 |
|---|---|---|---|

**Capital One Spark Business**
PO  Box 60519
City of Industry, CA 91716-0519

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  02/16/2022

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  1189

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,776.01 |
|---|---|---|---|

**Capital One Spark Green**
PO Box 60519
City of Industry, CA 91716-0519

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  08/07/2023

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  4660

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,973.67 |
|---|---|---|---|

**Chase Business Premier Ink Card**
PO Box 15298
Wilmington, DE 19850-5298

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  Date Opened: 10/1/2023
Last Used: 03/10/2025

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  5573

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,987.71 |
|---|---|---|---|

**Chase Southwest Card**
PO Box 15298
Wilmington, DE 19850-5298

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  Date Opened: 12/1/2022
Last Used: 03/10/2025

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  2411

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,305.40 |
|---|---|---|---|

**FNBO Business Card**
PO Box 2818
Omaha, NE 68103-2818

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  01/01/2023

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  1906

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FUJI Funding, LLC**
1950 Swarthmore Ave, Unit 2
Lakewood, NJ 08701

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred  09/18/2024

Basis for the claim:  **Loan/Lawsuit**

Last 4 digits of account number  3405

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,817.78 |
|---|---|---|---|

**IOU Financial**
600 TownPark Lane, Suite 100.
Kennesaw, GA 30144

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred  05/3/2024

Basis for the claim:  **Business Loan/Lawsuit**

Last 4 digits of account number  4692

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ATXLUB, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,606.56 |
| --- | --- | --- | --- |

**PayPal Loanbuilder**
**3505 Silverside Road**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/15/2020**

**Basis for the claim:  Business Loan**

Last 4 digits of account number  **6088**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,005.00 |
| --- | --- | --- | --- |

**Penske Truck Leasing**
**RT 10 Green Hills**
**PO Box 563**
**Reading, PA 19603-0563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **6206**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
| --- | --- | --- | --- |

**PLEXE**
**6295 Greenwood Plaza Blvd, Suite 100**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/19/2024**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **ATXLUB LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,038.00 |
| --- | --- | --- | --- |

**Progressive Commercial Insurance**
**300 North Commons Blvd**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **6714**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
| --- | --- | --- | --- |

**Rapid Finance**
**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/19/2024**

**Basis for the claim:  Business Loan**

Last 4 digits of account number  **3933**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.28 |
| --- | --- | --- | --- |

**Republic Services**
**1212 Harrison Ave**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/15/2025**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **5908**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735,901.06 |
| --- | --- | --- | --- |

**SBA EIDL Loan**
**Little Rock Commercial Loan Servicing**
**Center 2120 Riverfront Drive, Suite 100**
**Little Rock, AR 72202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  SBA EIDL Loan For COVID**

Last 4 digits of account number  **7402**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ATXLUB, LLC | | | Case number (if known) | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| | | | |
| --- | --- | --- | --- |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Sharon Redden**<br>**5407 89th Street**<br>**Lubbock, TX 79424**<br><br>Date(s) debt was incurred  **11/2024**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Personal loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$18,500.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**TMT Investments Inc.**<br>**1718 98th Street**<br>**Lubbock, TX 79423**<br><br>Date(s) debt was incurred  **04/10/2023**<br>Last 4 digits of account number  **ATXLUB LLC** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,835.64** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Tom Loveless & Co.**<br>**2801 N.W. 156th Street**<br>**Vancouver, WA 98685**<br><br>Date(s) debt was incurred  **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money due from sale of consigned restaurant equipment previously used by Papa Murhphys' restaurants located in Denton and Richardson, TX**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,498.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**TXU Energy**<br>**PO Box 650638**<br>**Dallas, TX 75265**<br><br>Date(s) debt was incurred  **03/13/2025**<br>Last 4 digits of account number  **7400** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,372.54** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Uber Freight, LLC**<br>**555 Market Street, 14th Floor**<br>**San Francisco, CA 94105**<br><br>Date(s) debt was incurred  **2025**<br>Last 4 digits of account number  **ATXLUB LLC** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,712.00** |

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Lieberman & Klestzick, LLP**<br>**Yonatan Klestzick, Esq.**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | **2024** |
| 4.2 | **Lieberman & Klestzick, LLP**<br>**Yonatan Klestzick, Esq.**<br>**381 Sunrise Highway, 3rd Floor**<br>**Lynbrook, NY 11563** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | **2024** |

| Debtor | **ATXLUB, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **Taylor Dove**<br>**Hunter, Maclean, Exley & Dunn, P.C.**<br>**200 E Saint Julian Street**<br>**Savannah, GA 31401** | Line **3.12**<br><br>☐ Not listed. Explain ____ | **8250** |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 31,384.83 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,199,415.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,230,799.90 |

**Fill in this information to identify the case:**

Debtor name  **ATXLUB, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases Penske Box Truck for delivery to and from its Amarillo location and for consignment auctions. Term of lease: 03/08/2022 03/20/2026. Payment: $2,173.60 per month.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske Truck Leasing Co 2675 Morgantown Road Reading, PA 19607** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Amarillo Location Warehouse 305 S Milam Street, Amarillo, Texas 79106. Term: month-to-month Payment: $1,200 per month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shapiro Family Limited Partnership P.O. Box 1948 Amarillo, TX 79105** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Location in Lubbock - 3823 Ave A, Lubbock, Texas 79404 Term: 12 2024 to 12 2025 Payment: $1,700 per month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wilkerson Company PO Box 2525 Lubbock, TX 79408** |

4/24/25  8:30AM

| Debtor 1 | **ATXLUB, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| Fill in this information to identify the case: |
|---|
| Debtor name **ATXLUB, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Preston Hodges** | **4215 41st Street Lubbock, TX 79413** | **Chase Southwest Card** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.2 | **Preston Hodges** | **4215 41st Street Lubbock, TX 79413** | **American Express Blue Business Cash Card** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.3 | **Preston Hodges** | **4215 41st Street Lubbock, TX 79413** | **American Express Amazon Business Card** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.4 | **PSH Properties, LLC** | **PO Box 962 Lubbock, TX 79408** | **Newtek Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **ATXLUB, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other  _____ | **$368,622.65** |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other  _____ | **$2,041,928.24** |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other  _____ | **$1,747,890.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **ATXLUB, LLC**                                                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Alliance Credit Union**<br>**PO Box 64970**<br>**Lubbock, TX 79464** | **1/13/2025**<br>**1/13/2025**<br>**1/27/2025**<br>**2/16/2025**<br>**2/16/2025**<br>**2/26/2025**<br>**3/14/2025**<br>**3/14/2025**<br>**3/24/2025** | **$14,993.24** | ■ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>□ Other____ |
| 3.2. **Jayson Cluff**<br>**13405 CR 1600, Ste #1**<br>**Wolfforth, TX 79382** | **01/03/2025** | **$28,641.57** | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other  **Consignment Payments** |
| 3.3. **Kairos Wholesale**<br>**1337 W. Kansas Ave**<br>**McPherson, KS 67460** | **1/13/2025**<br>**1/27/2025**<br>**1/27/2025**<br>**2/3/2025**<br>**2/11/2025**<br>**2/24/2025**<br>**3/3/2025**<br>**3/10/2025**<br>**3/17/2025**<br>**3/24/2025** | **$89,400.00** | ■ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other  **Auction Inventory** |
| 3.4. **Lubbock C.A.D.**<br>**2109 Ave Q**<br>**Lubbock, TX 79411** | **02/27/2025** | **$14,779.40** | ■ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other  **Property Taxes** |
| 3.5. **Newtek Bank**<br>**1981 Marcus Ave., Suite 130**<br>**Lake Success, NY 11042** | **1/6/2025**<br>**1/6/2025**<br>**2/5/2025**<br>**2/12/2025**<br>**3/12/2025** | **$15,852.00** | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other  **Newtek SBA Loan** |
| 3.6. **Trevor's Home Supply**<br>**2550 Ave A**<br>**Lubbock, TX 79404** | **1/13/2025**<br>**1/13/2025**<br>**1/30/2025**<br>**1/30/2025**<br>**2/11/2025**<br>**2/11/2025**<br>**2/19/2025**<br>**2/23/2025**<br>**3/3/2025**<br>**3/6/2025** | **$22,761.12** | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>■ Other  **Consignment Payments** |

Debtor    **ATXLUB, LLC**                                                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7.   **Zapps Marketplace LLC**<br>**105 Metrolina Drive**<br>**Shelby, NC 28150** | **1/29/2025**<br>**2/4/2025**<br>**2/18/2025** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Auction Inventory** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **FUJI FUNDING LLC**<br>**-against-**<br>**ATXLUB LLC D/B/A WEST**<br>**TEXAS AUCTIONS AND**<br>**DAVID JAMES HODGES**<br>**620436/2024** | **Collection** | **Supreme Court of the State**<br>**of New York**<br>**County of Nassau**<br>**262 Old Country Road**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **IOU CENTRAL, INC. DBA IOU**<br>**FINANCIAL, INC.**<br>**VS.**<br>**ATXLUB LLC HODGES,**<br>**DAVID**<br>**24GC08250** | **Collection** | **Superior Court of Cobb**<br>**County**<br>**State of Georgia**<br>**70 Haynes Street**<br>**Clerk of Superior Court:**<br>**Connie Tayler**<br>**Marietta, GA 30090** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **ATXLUB, LLC**                                                          Case number *(if known)* _____

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **High Cotton Relief Fund**<br>**4361 S Congress Ave Suite 101**<br>**Austin, TX 78745** | **Donation Cash** | **04/20/2023 &**<br>**06/03/2024** | **$6,200.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. | **Hillcrest Country Club**<br>**4011 N Boston Ave**<br>**Lubbock, TX 79415** | **Donation Cash** | **06/06/2024** | **$2,465.39** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.3. | **Texas Tech Red Raider Club**<br>**PO Box 45055**<br>**Lubbock, TX 79409** | **Donation Cash** | **April-August 2023 &**<br>**January-July 2024** | **$18,583.75** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.4. | **Team Luke Hope for Minds**<br>**PO Box 64323**<br>**Lubbock, TX 79464** | **Donation Cash** | **05/08/2023 &**<br>**08/01/2024** | **$7,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.5. | **West Texas Hero Homes**<br>**7205 Kewanee Ave**<br>**Lubbock, TX 79424** | **Donation Cash** | **09/07/2023** | **$1,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **ATXLUB, LLC**                                   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **Metroplex Auctions**<br>**2409 Ave J Suite B**<br>**Arlington, TX 76006** | **06/2019-01/2025** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **ATXLUB, LLC**                                                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Checking**<br>**6503 82nd Street**<br>**Lubbock, TX 79424** | **XXXX-6375** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/2025 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **ATXLUB, LLC**                                                   Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Diane Frazier Dacus | Debtor's Lubbock Warehouse 3416 Ave. A Lubbock, TX 79404 | Contents of home held on consignment | $10,000.00 |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor    **ATXLUB, LLC**                                                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **David Hodges**<br>**5610 115th Street**<br>**Lubbock, TX 79424** | **01/01/2019-Present** |
| 26a.2.    **Jerry Hill**<br>**Anderson Hill, LLP**<br>**1910 W. American Blvd**<br>**Muleshoe, TX 79347** | **01/01/2019-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Alliance Credit Union**<br>**PO Box 64970**<br>**Lubbock, TX 79464** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Hodges | 5610 115th Street<br>Lubbock, TX 79424 | Managing Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kim Hodges | 5610 115th Street<br>Lubbock, TX 79424 | Managing Member | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | ATXLUB, LLC | Case number *(if known)* | |
|---|---|---|---|

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Hodges**<br>**5610 115th Street**<br>**Lubbock, TX 79424** | **$104,000.00** | **01/2024 to 12/2024** | **2024 Salary** |
| | **Relationship to debtor**<br>**Managing Member** | | | |
| 30.2. | **Kim Hodges**<br>**5610 115th Street**<br>**Lubbock, TX 79424** | **$12,000.00** | **01/2024 to 12/2024** | **2024  Salary** |
| | **Relationship to debtor**<br>**Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **ATXLUB, LLC**                                               Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2025**

**/s/ David Hodges**                                         **David Hodges**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re  **ATXLUB, LLC** _____   Case No. _____

Debtor(s)                         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):  **WTXAUCTIONS, LLC**

3.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 24, 2025** _____        /s/ Max R. Tarbox
*Date*                                                **Max R. Tarbox 19639950**
                                                      *Signature of Attorney*
                                                      **Tarbox Law, P.C.**
                                                      **2301 Broadway**
                                                      **Lubbock, TX 79401**
                                                      **(806) 686-4448   Fax: (806) 368-9785**
                                                      **tami@tarboxlaw.com**
                                                      *Name of law firm*

# United States Bankruptcy Court
## Northern District of Texas

In re __ATXLUB, LLC__ _____    Case No. _____

Debtor(s)    Chapter __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __April 24, 2025__ _____    Signature __/s/ David Hodges__ _____

__David Hodges__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                      §
                                            §
   **ATXLUB, LLC**                          §          Case No.:
                                            §
                                            §
                                            §
                          Debtor(s)         §
                                            §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■   is the first mail matrix in this case.

☐   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **April 24, 2025**                        **/s/ David Hodges**
                                                  **David Hodges/Managing Member**
                                                  Signer/Title

Date:   **April 24, 2025**                        **/s/ Max R. Tarbox**
                                                  Signature of Attorney
                                                  **Max R. Tarbox 19639950**
                                                  **Tarbox Law, P.C.**
                                                  **2301 Broadway**
                                                  **Lubbock, TX 79401**
                                                  **(806) 686-4448   Fax: (806) 368-9785**

                                                  **83-2953405**
                                                  Debtor's Social Security/Tax ID No.


                                                  Joint Debtor's Social Security/Tax ID No.

Accion Opportunity Fund
111 W St. John Street # 800
San Jose, CA 95113

Alliance Credit Union
P.O. Box 64970
Lubbock, TX 79464

American Express Amazon Business Card
PO Box 981535
EL PASO, TX 79998-1535

American Express Blue Business Cash Card
PO Box 981535
EL PASO, TX 79998-1535

American Express Business Platinum Card
PO Box 981535
EL PASO, TX 79998-1535

Capital On Tap
675 Ponce De Leon Ave NE Suite 8500
Atlanta, GA 30308

Capital One Spark Business
PO Box 60519
City of Industry, CA 91716-0519

Capital One Spark Green
PO Box 60519
City of Industry, CA 91716-0519

Chase Business Premier Ink Card
PO Box 15298
Wilmington, DE 19850-5298

Chase Southwest Card
PO Box 15298
Wilmington, DE 19850-5298


First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801


FNBO Business Card
PO Box 2818
Omaha, NE 68103-2818


FUJI Funding, LLC
1950 Swarthmore Ave, Unit 2
Lakewood, NJ 08701


GM Financial
801 Cherry Street
Fort Worth, TX 76102


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IOU Financial
600 TownPark Lane, Suite 100.
Kennesaw, GA 30144


IRS
PO Box 7346
Philadelphia, PA 19101


IRS
P.O. Box 7346
Philadelphia, PA 19101

Lieberman & Klestzick, LLP
Yonatan Klestzick, Esq.
PO Box 356
Cedarhurst, NY 11516


Lieberman & Klestzick, LLP
Yonatan Klestzick, Esq.
381 Sunrise Highway, 3rd Floor
Lynbrook, NY 11563


Lubbock Central Appraisal District
2109 Ave Q
Lubbock, TX 79411


Newtek Bank
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042


Newtek Bank
1981 Marcus Ave., Suite 130
Lake Success, NY 11042


PayPal Loanbuilder
3505 Silverside Road
Wilmington, DE 19810


Penske Truck Leasing
RT 10 Green Hills
PO Box 563
Reading, PA 19603-0563


Penske Truck Leasing Co
2675 Morgantown Road
Reading, PA 19607


PLEXE
6295 Greenwood Plaza Blvd, Suite 100
Greenwood Village, CO 80111

Preston Hodges
4215 41st Street
Lubbock, TX 79413


Progressive Commercial Insurance
300 North Commons Blvd
Cleveland, OH 44143


PSH Properties, LLC
PO Box 962
Lubbock, TX 79408


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Republic Services
1212 Harrison Ave
Arlington, TX 76011


SBA EIDL Loan
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202


Shapiro Family Limited Partnership
P.O. Box 1948
Amarillo, TX 79105


Sharon Redden
5407 89th Street
Lubbock, TX 79424


Tarrant County
100 E. Weatherford
Fort Worth, TX 76196

Taylor Dove
Hunter, Maclean, Exley & Dunn, P.C.
200 E Saint Julian Street
Savannah, GA 31401


Texas Attorney General
P.O. Box 12548
Austin, TX 78711


Texas State Comptroller
P.O. Box 13528
Capitol Station
Austin, TX 78711


Texas Workforce Commission (TWC)
101 East 15th Street, Room 556
Austin, TX 78778


TMT Investments Inc.
1718 98th Street
Lubbock, TX 79423


Tom Loveless & Co.
2801 N.W. 156th Street
Vancouver, WA 98685


TXU Energy
PO Box 650638
Dallas, TX 75265


U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530


U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401

Uber Freight, LLC
555 Market Street, 14th Floor
San Francisco, CA 94105


Wilkerson Company
PO Box 2525
Lubbock, TX 79408

# United States Bankruptcy Court
### Northern District of Texas

In re    **ATXLUB, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ATXLUB, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2025**

Date

**/s/ Max R. Tarbox**

**Max R. Tarbox 19639950**

Signature of Attorney or Litigant

Counsel for   **ATXLUB, LLC**

**Tarbox Law, P.C.**
**2301 Broadway**
**Lubbock, TX 79401**
**(806) 686-4448 Fax:(806) 368-9785**
**tami@tarboxlaw.com**