In re:   ATXLUB, LLC                                              Case No. 25-50105-bwo-11

DECLARATION CONCERNING DEBTOR'S
AMENDED SCHEDULES A/B AND H

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTORS

    I declare under penalty of perjury that I have read the foregoing Amended Schedules A/B and H consisting of 7 pages for Amended Schedule A/B and 3 pages for Amended Schedule H, and that it is true and correct to the best of my knowledge, information and belief.

Date:   June 5, 2025

                                                  /s/ David Hodges
                                                  David Hodges
                                                  Managing Member: ATXLUB, LLC