In re:   ATXLUB, LLC								Case No. 25-50105-bwo-11

DECLARATION CONCERNING DEBTOR'S
AMENDED SCHEDULES A/B

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTORS

    I declare under penalty of perjury that I have read the foregoing Amended Schedules A/B consisting of 7 pages for Amended Schedule A/B and that it is true and correct to the best of my knowledge, information and belief.

Date:   July 24, 2025

/s/ David Hodges
David Hodges
Managing Member: ATXLUB, LLC